IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>TOMMIE EARNEST GILES<br>Defendant. | Case No. 2:25-mj-08146-ADM<br><br>Filed Under Seal |

## CRIMINAL COMPLAINT

I, Jonathan Nicholas, a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Kansas City, Missouri, being duly sworn, depose and state as follows:

## COUNT 1

### ENTICEMENT
### [18 U.S.C. § 2422(b)]

Beginning on July 23, 2025 to July 24, 2025, in the District of Kansas and elsewhere, the defendant,

**TOMMIE EARNEST GILES**

using a facility and means of interstate commerce, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in any sexual activity for which any person could be charged with a criminal offense, to wit, the defendant used an internet messaging application to attempt to persuade a person he believed to be a 14 year old minor to engage in oral sex with him in violation of K.S.A. 21-5504, all in violation of Title 18, United States Code, Section 2422(b).

1

# COUNT 2

**TRAVEL WITH INTENT TO ENGAGE IN ILLICIT SEXUAL CONDUCT**
**[18 U.S.C. § 2423(b)]**

On or about July 24, 2025, in the District of Kansas and elsewhere, the defendant,

**TOMMIE EARNEST GILES**

did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in 18 U.S.C. Section 2246(2)(B) and (D), with another person, to wit, the defendant traveled from Missouri to Kansas, for the purpose of engaging in oral sex with a fourteen (14) year old minor, all in violation of Title 18, United States Code, Section 2423(b).

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I am a certified law enforcement officer in the state of Kansas and have been for approximately 17 years. I am currently assigned to the FBI Child Exploitation Task Force, Kansas City, Missouri. Since January 2021, I have been assigned to investigate computer crimes to include violations against children. I have gained expertise in conducting such investigations through seminars, training, classes, and everyday work related to conducting these types of investigations. As a TFO, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2. This affidavit is based upon information I have gained from my investigation as well as my training and experience. This affidavit is intended to show only that there is

sufficient probable cause for the requested Complaint and does not set forth all of my knowledge about this matter. As will be shown below, there is probable cause to believe TOMMIE EARNEST GILES engaged in the attempted online enticement of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, in violation of 18 U.S.C. §§2422(b) and 2423(b) and (f).

## BACKGROUND OF THE INVESTIGATION

3. On July 23, 2025, an FBI online covert employee ("OCE") posing as an a fourteen-year-old minor, located an individual on an online (internet) messaging application[1] with username "summer_day". The user created a public post on the forum that stated, "How old were you when you first shaved your kitty". The OCE replied to the post by sending a private chat message.

4. During the conversation, the OCE advised they were 14 years old, and the user acknowledge the age by replying, "Haha, I'm 53 love". The OCE advised they have never talked to anyone who was in their 50's before and the user advised, "I don't think I've talked to anyone 14 either". The OCE told the user that they did not have to continue with the conversation, but the user advised they wanted to with the communication.

5. The conversation continued to be sexual in nature as the user talked and asked about the OCE's small smooth vagina. As the conversation continued throughout the

---

[1] The online messaging application is advertised in the Apple and Google app stores as a free smartphone messenger application that lets users "share your thoughts without fear of judgment, humiliation, or arguments with family, friends, acquaintances, or co-workers" by connecting with other users through chat messaging. Users can send text and pictures within the application. The application uses an existing Wi-Fi connection or data plan to send and receive messages. The application allows users to engage in chat messaging with other users, to include forum style messaging and private messaging. Users may upload and send messages and pictures to other users.

day, the user advised they wanted to come to the OCE's residence and visit. The user advised he wanted to visit with the OCE but could not meet at the time. The OCE also advised they could not meet due to their mother arriving home from work soon.

6. The User then advised they wanted to engage in sexual acts with the OCE, to include performing oral sex on her. The user said he was thinking about the OCE and when asked what he was thinking about, the user stated, "Lay you back…spread your thighs and lick you slowly…let you feel and experience it. I want to make you cum so hard for me. Feel your thighs on my face…you gasping and giggling and feeling so good…" The user continued, "That's literally my favorite thing! Sex is great yeah but going down on you would make me happy. So happy" and "To know I make you cum is…it's really great for me. I love everything about it."

7. The user advised he wanted to do this to the OCE anytime they were available. The OCE told the user their mother works until 5:00pm every day. The user asked what the OCE was doing on the following day and asked if he could come over then. It was agreed the user would come to the OCE's residence the following day. The user and the OCE exchanged photographs.

8. The photograph provided by the user was then forwarded to a Task Force Crime Analyst who was able to run the photograph through facial recognition software. A possible subject was identified as Tom, who was married to a female named Amy Giles. The user also eventually provided his name as Tom and claimed to live in Kansas City, Missouri. The subject was later identified as TOMMIE EARNEST GILES.

9. The conversations eventually ceased on July 23, 2025, as the OCE went off-duty. On July 24, 2025, the OCE opened the application and observed an awaiting message from the user. The message stated the user had a dream about the OCE and explained the dream in detail. The user advised he dreamed of sneaking into the OCE's bedroom and performing oral sex on her. The message was very graphic as it described how the user was performing oral sex.

10. The user again advised he would like to see the OCE today and the OCE advised she would like to see him too. The user said they could go somewhere in public if the OCE was nervous to meet him. The OCE advised they did not want to get in trouble, but didn't mind staying at home. The user said he did not want the OCE to get in trouble either.

11. The user asked for the OCE's address and said he would be on his way soon. The user said it was take him 30 minutes to get from Kansas City, Missouri, to Overland Park, Kansas. The user also advised the OCE could touch him and they could engage in sex if the OCE was comfortable with it. The user said he would be gentle with the OCE and make sure it did not hurt her. When the OCE expressed a concern about getting pregnant, the user advised, "I wont cum in you. I'll keep you safe".

12. At approximately 11:10am the user arrived on scene to the OCE's location. The user knocked on the front door and was then taken into custody by several Agents and TFOs. The subject was positively identified as TOMMIE EARNEST GILES.

13. An interview was conducted with GILES regarding his involvement with this incident. GILES confirmed he was the subject communicating with the OCE. GILES stated he believed the OCE was a fourteen-year-old minor and that he was coming to the residence to engage in sexual activity.

14. GILES stated he made a terrible mistake by coming to the residence and knew he should not have gone through with it. He again confirmed that he would have engaged in sexual activity if he had been met at the door by a fourteen-year-old minor. GILES said he has engaged in conversation with other juveniles on similar applications in the past, but denied ever having met those juveniles in person.

## CONCLUSION

15. Your affiant respectfully submits that there is probable cause to believe that TOMMIE EARNEST GILES has knowingly engaged in the attempted online enticement of a minor and has traveled to Overland Park, Kansas with the intent to engage in illegal sexual activity with a minor, in violation of 18 U.S.C. §§ 2422(b) and 2423(b).

*Jonathan Nicholas*
Jonathan Nicholas
Task Force Officer
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this day __25th__ of July 2025.

_____
HONORABLE ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE

## PENALTIES

### Count 1: Enticement [18 U.S.C. § 2422(b)]

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 18 U.S.C. § 2422(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).

### Count 2: Travel with intent to Engage in Illicit Sexual Conduct [18 U.S.C. § 2423(b)]

- Punishable by a term of imprisonment of not more than thirty (30) years. 18 U.S.C. § 2423(b).

- A term of supervised release of not less than five (5) years and up to life. 18 U.S.C. § 3583(k).

- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- A mandatory special assessment of $5,000.00 if defendant is a non-indigent person. 18 U.S.C. §3014(a)(3).